IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THELENA EARLS, Individually and as
special administrator for the estate of Charles
L. Tillman, Deceased                                                                    PLAINTIFF

v.                                          No. 2:16-CV-02087

SEBASTIAN COUNTY, ARKANSAS;
WILLIAM HOLLENBECK, NANCY
WALKER, DEPUTY LAWLER, LESLIE
KAUP, CHASE ROBERTSON, TANNA
VAUGHN, JUSTIN RYAN, STEVEN
CHRISTIANSON, GARY BRYANT,
CAPTAIN NEAL, DEPUTY KREIGER,
NURSE A. ERVIN, REBECCA ULMER,
LPN, and CINDY MOORE, LPN, each
individually and in his or her official capacity;
and DAVID HUDSON                                                                     DEFENDANTS

## **ORDER**

Before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 45). The motion represents that the parties have settled this matter and are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the joint motion (Doc. 45) is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of May, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE